AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>RAJESH SUBRAMANYA<br><br>*Defendant(s)* | Case No. 19-cr-20317-TLP-tmp |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __09/29/2019__ in the county of __Shelby__ in the __Western__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 113(a)(5) | Assault within maritme and territorial jurisdiction - Simple Assault |
| 49 U.S.C. § 46506(1) | Application of Criminal Laws to Acts on Aircraft |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DARYL MURTON, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 19, 2019

DIANE K. VESCOVO
*Judge's signature*

City and state: Memphis, TN

Hon. Diane K. Vescovo, U.S. Magistrate Judge
*Printed name and title*