IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA )
)
vs. )
__Rajesh Subramanya__ ) Case No. 19-20317
)
Defendant. )

NOTICE OF SURRENDER OF PASSPORT
AND
ACKNOWLEDGMENT OF DEFENDANT

On __11-20-19__, __3__ Passports Number

_____ issued to the above named defendant

from __2 from UK  1 from India__ (county) was surrendered to the

custody of the Clerk of Court pursuant to court order.

CLERK, U.S. DISTRICT COURT

Receipt #: _____ BY: __s/ Julia Davis__
Deputy Clerk
Dated: __11-20-19__

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

ACKNOWLEDGMENT OF DEFENDANT

This will acknowledge that I, __DARYL MURTON, FBI__ surrendered
Passport Number __from the UK (2) & India (1)__ to the court pursuant
to prior order of the court on __11/20/2019__ (date).

_____
Surrendering Party's Signature

Court Name: US District Court - TNW
Division: 2
Receipt Number: 846/3044151
Cashier ID: cf
Transaction Date: 07/04/2019
Payer Name: Daryl Hutson
------------------------------------
Cashier: DLP
 For: Rajesh Subramanya
 Case/Party: D-TNW-2-19-CR-020317-001
 Amount:     $0.00
------------------------------------
NON CASH COLLATERAL
 No. Items Rec'd: $0.00
------------------------------------
Total Due:      $0.00
Total Tendered: $0.00
Change Due:     $0.00