UNITED STATES MARSHALS
WESTERN TENNESSEE
2019 NOV 19 AM 9: 32
FID# 110236086

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | | |
|---|---|---|
| United States of America<br>v.<br>RAJESH SUBRAMANYA | )<br>)<br>)<br>)<br>)<br>) | Case No. 19-cr-20317-TLP-tmp<br>*Sealed* |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* RAJESH SUBRAMANYA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 113(a)(5)- Assault within maritime and territorial jurisdiction - Simple Assault
49 U.S.C. § 46506(1)- Application of Criminal Laws to Acts on Aircraft

Date: 11/19/2019

*Diane K. Vescovo*
Issuing officer's signature

City and state: Memphis, Tennessee    Hon. Diane K. Vescovo, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/19/2019, and the person was arrested on *(date)* 11/19/2019
at *(city and state)* Memphis, TN.

Date: 11/19/2019

*[signature]*
Arresting officer's signature

DARYL MURTON, FBI
*Printed name and title*