IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 19-20317 |
| Rajesh Subramanya ) | |
| ) | |
| Defendant. ) | |

NOTICE OF SURRENDER OF PASSPORT
AND
ACKNOWLEDGMENT OF DEFENDANT

On  11-20-19 , 3 Passports Number

_____ issued to the above named defendant

from 2 from UK  1 from India (county) was surrendered to the

custody of the Clerk of Court pursuant to court order.

CLERK, U.S. DISTRICT COURT

Receipt #: _____   BY: s/ Julia Davis
                             Deputy Clerk
                       Dated: 11-20-19

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

ACKNOWLEDGMENT OF DEFENDANT

This will acknowledge that I, DARYL MURTON, FBI surrendered
Passport Number from the UK (2) & India (1) to the court pursuant
to prior order of the court on 11/20/2019 (date)

Returned to Defendant
12/12/19

X _____
Surrendering Party's Signature

09 DEC 12 PM 3:05
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS
THOMAS M GOULD
RECEIVED